# United States District Court
# for the Southern District of Georgia
# Brunswick Division

LIA BRISSEY, )
 )
    Plaintiff, )
 )  CV 217-28
v. )
 )
DEUTSCHE BANK NATIONAL TRUST )
COMPANY; SELECT PORTFOLIO )
SERVICING, INC.; BANK OF )
AMERICA HOME LOANS; and )
ACCREDITED HOME LENDERS, INC.,)
 )
    Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 7, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

    **SO ORDERED** this ___ day of August, 2017.

                      HON. LISA GODBEY WOOD, JUDGE
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)